IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

AUSTIN THOMAS                                                                                    PLAINITFF

v.                                         Case No. 4:16-cv-04052

UNION PACIFIC RAILROAD COMPANY                                                   DEFENDANT

## **JUDGMENT**

Before the Court is a Motion for Summary Judgment filed by Union Pacific Railroad Company ("Union Pacific"). ECF No. 25. Plaintiff Austin Thomas ("Thomas") has filed a response. ECF No. 31. Union Pacific has filed a reply. ECF No. 34.

For the reasons set forth in the Memorandum Opinion of even date, Union Pacific's Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART**. The Court finds that Union Pacific is entitled to summary judgment insofar as it seeks dismissal of Thomas's claims under the FELA. In addition, the Court declines to exercise supplemental jurisdiction over Thomas's remaining common-law negligence claim in light of the dismissal of the FELA claims.

**IT IS SO ORDERED**, this 7th day of August, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge